## No. 24936

### The People of the State of Colorado v. Leo Chavez
(498 P.2d 341)

Decided June 26, 1972.

James D. McKevitt, District Attorney Second Judicial District, Gregory A. Mueller, Assistant, Thomas P. Casey, Deputy, Coleman M. Connolly, Deputy, for plaintiff-appellant.

Epstein, Lozow and Preblud, Donald Lozow, Gary Lozow, for defendant-appellee.

*Per Curiam.*

Mr. Chief Justice Pringle, Mr. Justice Day and Mr. Justice Erickson are in favor of affirmance; whereas Mr. Justice

Kelley, Mr. Justice Groves and Mr. Justice Lee are in favor of reversal. Mr. Justice Hodges did not participate. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by C.A.R. 35(e).